# MEMORANDUM CASES.

[Sac. No. 1785. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. WESLEY BLACKMER et al., Appellants.

[Sac. No. 1786. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. J. W. BROWNING et al., Appellants.

[Sac. No. 1787. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. J. W. SMITH et al., Appellants.

[Sac. No. 1788. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. C. R. WEIS et al., Appellants.

[Sac. No. 1789. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. ELIZA-BETH WINSHIP, Appellant.

[Sac. No. 1790. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. J. W. SMITH et al., Appellants.

[Sac. No. 1791. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. OLIVER E. WINSHIP et al., Appellants.

[Sac. No. 1792. Department Two.—January 10, 1911.]

RECLAMATION DISTRICT NO. 70, Respondent, v. HENRY WILDER et al., Appellants.

[Sac. No. 1793. Department Two.—January 10, 1911.]

## RECLAMATION DISTRICT No. 70, Respondent, v. CHARLES HAVENS, Appellant.

[Sac. No. 1794. Department Two.—January 10, 1911.]

## RECLAMATION DISTRICT NO. 70, Respondent, v. HENRY SILLS et al., Appellants.

RECLAMATION DISTRICTS—ASSESSMENT.—Judgments and orders in each of the above cases are reversed on the authority of Reclamation District No. 70, v. Birks, *ante,* p. 233.

APPEALS from judgments of the Superior Court of Sutter County. K. S. Mahon, Judge.

The facts are similar to those stated in the opinion in *Reclamation District No. 70* v. *Birks, ante,* p. 233.

Arthur C. Huston, for Appellants.

A. H. Hewitt, and A. L. Shinn, for Respondent.

THE COURT.—It having been stipulated that decisions in the above entitled cases should depend upon the decision in *Reclamation District No. 70* v. *John Birks* (Sac. No. 1784), *ante,* p. 233, [113 Pac. 170], this day decided, and that such judgment of this court as might be made and given in the case of *Reclamation District No. 70* v. *John Birks* (Sac. No. 1784), *ante,* p. 233, [113 Pac. 170], should also be given in the above entitled cases.

It is ordered as to the above entitled cases, and each of them, that the judgment and order appealed from be reversed.

Hearing in Bank of each of above entitled cases respectively denied.

Beatty, C. J., dissented from the respective orders denying a hearing in Bank of each of above entitled cases.